**No. 09-930. Kenyon B. Fitzgerald, Jr., et al., Petitioners v. Wade F. B. Thompson, et al.**

561 U.S. 1038, 130 S. Ct. 3500, 177 L. Ed. 2d 1114, 2010 U.S. LEXIS 5306.

June 28, 2010. Motion of American Legion, Department of New York for leave to file a brief as amicus curiae out of time denied. Petition for writ of certiorari to the United States Court of Appeals for the Second Circuit denied. Justice Sotomayor took no part in the consideration or decision of this motion and this petition.

Same case below, 353 Fed. Appx. 532.

**No. 09-1149. City of Warren, Michigan, et al., Petitioners v. Jeffrey Michael Moldowan.**

561 U.S. 1038, 130 S. Ct. 3504, 177 L. Ed. 2d 1114, 2010 U.S. LEXIS 5319.

June 28, 2010. Motion of National Fraternal Order of Police for leave to file a brief as amicus curiae granted. Motion of National Association of Police Organizations, et al. for leave to file a brief as amici curiae granted. Petition for writ of certiorari to the United States Court of Appeals for the Sixth Circuit denied.

Same case below, 578 F.3d 351.

**No. 09-1150. Universal Trading & Investment Company, Inc., Petitioner v. Petro Mikolayevich Kiritchenko, et al.**

561 U.S. 1038, 130 S. Ct. 3504, 177 L. Ed. 2d 1114, 2010 U.S. LEXIS 5308.

June 28, 2010. Motion of petitioner to defer consideration of the petition for writ of certiorari denied. Petition for writ of

certiorari to the United States Court of Appeals for the Ninth Circuit denied.

Same case below, 346 Fed. Appx. 232.

**No. 09-1175. Ferring B.V., et al., Petitioners v. Meijer, Inc., et al.**

561 U.S. 1038, 130 S. Ct. 3505, 177 L. Ed. 2d 1114, 2010 U.S. LEXIS 5279.

June 28, 2010. Motion of Intellectual Property Owners Association for leave to file a brief as amicus curiae granted. Petition for writ of certiorari to the United States Court of Appeals for the Second Circuit denied. Justice Sotomayor took no part in the consideration or decision of this motion and this petition.

Same case below, 585 F.3d 677.

**No. 09-1229. Michael Lonecke, et al., Petitioners v. Citigroup Pension Plan, et al.**

561 U.S. 1038, 130 S. Ct. 3506, 177 L. Ed. 2d 1114, 2010 U.S. LEXIS 5302.

June 28, 2010. Petition for writ of certiorari to the United States Court of Appeals for the Second Circuit denied. Justice Sotomayor took no part in the consideration or decision of this petition.

Same case below, 584 F.3d 457.